```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 15621
    JUAN A JACKSON II
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-8223


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
       The case was filed on 06/18/2008 and was not confirmed.

       The case was dismissed without confirmation 10/01/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                         PAID            PAID
------------------------------------------------------------------------------
SANTANDER CONSUMER USA   SECURED VEHIC    17759.00           .00             .00
SANTANDER CONSUMER USA   UNSECURED          660.94           .00             .00
WELLS FARGO              SECURED VEHIC        .00            .00             .00
WELLS FARGO              NOTICE ONLY    NOT FILED            .00             .00
CREDIT ACCEPTANCE CORP   SECURED             .00             .00             .00
JANET RUSSELL            NOTICE ONLY    NOT FILED            .00             .00
IL STATE DISBURSEMENT UN NOTICE ONLY    NOT FILED            .00             .00
INTERNAL REVENUE SERVICE PRIORITY         2958.41            .00             .00
INTERNAL REVENUE SERVICE NOTICE ONLY    NOT FILED            .00             .00
AAA CHECKMATE            UNSECURED         1494.54           .00             .00
AAA CHECKMATE            NOTICE ONLY    NOT FILED            .00             .00
ROUNDUP FUNDING LLC      UNSECURED          623.12           .00             .00
ARROW FINANCIAL SERVICES UNSECURED          714.21           .00             .00
HSBC BANK NEVADA NA      NOTICE ONLY    NOT FILED            .00             .00
ASSET ACCEPTANCE LLC     UNSECURED          968.73           .00             .00
ASSET ACCEPTANCE         NOTICE ONLY    NOT FILED            .00             .00
BILL ME LATE             UNSECURED     NOT FILED             .00             .00
CAPITAL ONE              UNSECURED     NOT FILED             .00             .00
CATALYST INTERVENTIONS L UNSECURED         2135.54           .00             .00
MELANIE FITNESS CENTER   UNSECURED     NOT FILED             .00             .00
CB USA INC               NOTICE ONLY    NOT FILED            .00             .00
CASH ADVANCE             UNSECURED     NOT FILED             .00             .00
CERTIFIED RECOVERY SYS   NOTICE ONLY    NOT FILED            .00             .00
US FAST CASH             UNSECURED     NOT FILED             .00             .00
CERTIFIED RECOVERY SYS   NOTICE ONLY    NOT FILED            .00             .00
PREFERRED CASH           UNSECURED     NOT FILED             .00             .00
CERTIFIED RECOVERY SYS   NOTICE ONLY    NOT FILED            .00             .00
UNITED CASH              UNSECURED     NOT FILED             .00             .00
CREDIT ACCEPTANCE CORP   UNSECURED         4518.89           .00             .00
PHYSICIANS IMMEDIATE CAR UNSECURED     NOT FILED             .00             .00
CREDITORS PROTECTION     NOTICE ONLY    NOT FILED            .00             .00
FIFTH THIRD BANK         UNSECURED     NOT FILED             .00             .00
PREMIER BANKCARD         UNSECURED          415.67           .00             .00
TCF NATIONAL BANK        UNSECURED     NOT FILED             .00             .00
H&F LAW                  NOTICE ONLY    NOT FILED            .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 15621 JUAN A JACKSON II
```

```
ILLINOIS DEPT OF EMP SEC  UNSECURED      NOT FILED           .00         .00
AMBERLEY COURT APARTMENT  UNSECURED        7070.00           .00         .00
JVDB & ASSOC              NOTICE ONLY    NOT FILED           .00         .00
LASALLE BANK              UNSECURED      NOT FILED           .00         .00
LASALLE BANK              NOTICE ONLY    NOT FILED           .00         .00
LOU HARRIS COMPANY        UNSECURED      NOT FILED           .00         .00
CASH ADVANCE USA          UNSECURED      NOT FILED           .00         .00
MARAUDER CORP             NOTICE ONLY    NOT FILED           .00         .00
MB FINANCIAL              UNSECURED      NOT FILED           .00         .00
MB FINANCIAL BANK NA      NOTICE ONLY    NOT FILED           .00         .00
SJM MARKETING CORP        UNSECURED      NOT FILED           .00         .00
VILLAGE OF PARK FOREST    UNSECURED      NOT FILED           .00         .00
VILLAGE OF PARK FOREST    NOTICE ONLY    NOT FILED           .00         .00
CITY OF COUNTRY CLUB HIL  UNSECURED      NOT FILED           .00         .00
RMI/MCSI                  UNSECURED         754.60           .00         .00
CITY OF COUNTRY CLUB HIL  UNSECURED      NOT FILED           .00         .00
VILLAGE OF PARK FOREST    UNSECURED      NOT FILED           .00         .00
VILLAGE OF PARK FOREST    UNSECURED      NOT FILED           .00         .00
VILLAGE OF PARK FOREST    UNSECURED      NOT FILED           .00         .00
WILL COUNTY STATES ATTOR  UNSECURED      NOT FILED           .00         .00
INTERNAL REVENUE SERVICE  UNSECURED          29.15           .00         .00
INTERNAL REVENUE SERVICE  PRIORITY            .00            .00         .00
INTERNAL REVENUE SERVICE  UNSECURED           .00            .00         .00
LEDFORD & WU              DEBTOR ATTY    2,500.00                        .00
TOM VAUGHN                TRUSTEE                                        .00
DEBTOR REFUND             REFUND                                      892.95

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              892.95

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                            .00
DEBTOR REFUND                                892.95
                   ---------------      ---------------
TOTALS               892.95                  892.95
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 01/26/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUTEE
```